# United States District Court
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>  v.<br><br>LEIGHANNE HARRIS, *et al.*,<br><br>     Defendants.<br><br>---<br><br>LEIGHANNE HARRIS,<br><br>     Counterclaim Plaintiff,<br><br>  v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>     Counterclaim Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:25-cv-01172-RSL |

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendant / Counter Claimant Leighanne Harris' motion to dismiss (Dkt. 11) is GRANTED. This matter is dismissed without prejudice to the re-filing of a declaratory judgment action in federal court should the state court decline to resolve the coverage issues.

DATED this 30th day of March, 2026.

JOSHUA C. LEWIS,
Clerk of the Court

By:   */s/ Victoria Ericksen*
    Deputy Clerk